# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHENG, XUE RONG,<br><br>                     Petitioner,<br><br>v.<br><br>XAVIER BECERRA, et al.,<br><br>                     Respondents. | Case No.: 18cv137-CAB-BGS<br><br>**ORDER DISMISSING PETITION WITHOUT PREJUDICE AND AS MOOT** |

Petitioner Zheng, Xue Rong was a detainee in the custody of the United States Immigration and Customs Enforcement ("ICE") awaiting deportation to China. On January 19, 2018, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241. [Doc. No. 1.] Petitioner contended that she was being indefinitely detained in violation of *Zadvydas v. Davis*, 533 U.S. 678 (2001). On March 22, 2018, this Court issued an order staying the petition pending removal developments, and required Respondent to file a status report every thirty days detailing the diligent efforts undertaken to obtain Petitioner's travel documents. [Doc. No. 6.]

On April 11, 2018, Respondent filed a status report and a declaration stating that, while the application for Petitioner's travel document for China is still pending, Petitioner is no longer in ICE custody and has been released under an Order of Supervision. [Doc. No. 7-1 at ¶¶6 and 7.] Given that the only relief being sought was a release from

1

detention, the Petition is now **MOOT** and, therefore, **DISMISSED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED**.

Dated: April 12, 2018

Hon. Cathy Ann Bencivengo
United States District Judge